ALEXANDER H. KERR AND COMPANY, Inc., Appellant,

v.

B. T. FOOKS et al.

No. 15738.

United States Court of Appeals
Eighth Circuit.
March 8, 1957.

Griffin Smith, Little Rock, Ark., for appellant.

Walter H. Laney, Camden, Ark., for appellees.

PER CURIAM.

Appeal from District Court, 145 F. Supp. 503, dismissed, on suggestion of appellant.

B. T. FOOKS et al., Appellants,

v.

ALEXANDER H. KERR AND COMPANY, Inc.

No. 15737.

United States Court of Appeals
Eighth Circuit.
March 8, 1957.

Walter H. Laney, Jr., Camden, Ark., for appellants.

Griffin Smith, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 145 F. Supp. 503, dismissed, on motion of appellee.